**AFFIRMED and Opinion Filed October 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01351-CR

### BRANDON LONELL VESTER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-54035-J**

## MEMORANDUM OPINION

Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Whitehill

Appellant Brandon Lonell Vester was indicted for aggravated assault with a deadly weapon causing serious bodily injury and involving family violence. The indictment also included two enhancement paragraphs. Appellant waived a jury trial, pleaded guilty to the offense, pleaded true to the first enhancement paragraph, and pleaded not true to the second enhancement paragraph. After hearing evidence, the trial court found appellant guilty of the offense, found both enhancement paragraphs true, and assessed punishment at forty years' imprisonment.

On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim.

App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
171351F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRANDON LONELL VESTER, Appellant

No. 05-17-01351-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F16-54035-J.
Opinion delivered by Justice Whitehill.
Justices Stoddart and Boatright participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered October 29, 2018.